JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TRANCHIDA, an individual, | 2:08-cv-05392-FMC-RZx |
| Plaintiff, | JUDGMENT |
| vs. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendant(s). | |

On July 20, 2009, this Court granted Summary Judgment in favor of Defendants. Judgment is entered in favor of Defendants.

IT IS ORDERED that judgment be entered in favor of Defendants and Plaintiffs take nothing. It is further ordered that Defendant recover its costs associated with this matter.

DATED this 24th day of August 2009.

_____
FLORENCE-MARIE COOPER
United States District Judge